FILED
2010 Jan-21  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **GABRIEL SCAFF-MARTINEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **1:09-CV-2040-VEH** |
| | ) | |
| **CONSTANCE REESE, WARDEN, ,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 4, 2009 recommending that petitioner's motion for preliminary injunction be denied, as moot, and that the respondent's motion to dismiss be granted and this action dismissed as moot. On December 14, 2009 petitioner filed a change of address. On December 22, 2009 an order was entered directing the clerk to mail another copy of the findings and recommendation to petitioner at the address provided. The order allowed petitioner until January 11, 2010 in which to file any objections to the findings and recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the preliminary injunction is due to be **DENIED** as moot and respondent's motion to

dismiss is due to be **GRANTED** and this action **DISMISSED** as **MOOT**.  A Final

Judgment will be entered.

      **DONE** and **ORDERED** this the 21st day of January, 2010.


**VIRGINIA EMERSON HOPKINS**
United States District Judge